**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **BANKRUPTCY CASE NO:** |
| **SIXTYFIVE PAWN, LLC,** | ) | **23-00325-TOM-7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| **ANDRE M. TOFFEL, TRUSTEE,** | ) | |
| | ) | |
| **Plaintiff.** | ) | |
| | ) | **ADVERSARY PROCEEDING NO.:** |
| **vs.** | ) | |
| | ) | |
| **SPORTS SOUTH, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

**COMES NOW**, André M. Toffel, Trustee of the above estate and for his Complaint against the above-named defendant would show this Court as follows:

### Jurisdiction

1.    This Adversary Proceeding is for recovery of monies for the bankruptcy case of Sixtyfive Pawn, LLC, being case # 23-00325-TOM-7 on the docket of this Court.

2.    This Court has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §157, 1334 and 11 U.S.C. §s 547 and 548.   This is a core proceeding under 28 U.S.C. § 157(b)(2)(E)(F) & (H).

3.    This bankruptcy case was initiated by a voluntary petition filed on February 8, 2023 under Chapter 7.

### Parties

4.    Plaintiff is the duly qualified and acting Trustee of the estate of the above-named Debtor.

5. Defendant, Sports South, LLC, is a Louisiana limited liability company.

<u>Facts</u>

6. Toffel is the duly acting and authorized trustee of this case ("Toffel").

7. The debtor bought products from defendant Sports South, LLC.

8. The bankruptcy petition in this case was filed February 8, 2023.

9. Within ninety days before the bankruptcy petition in this case, the debtor transferred to the defendant Sports South, LLC, $50,825.35 via payments, offsets and credit memos.

10. The payments described in ¶9 above, were:

    a. Payments on an antecedent debt from the debtor to the defendant.

    b. Made while the debtor was insolvent.

    c. Not according to ordinary business transactions between the debtor and the defendant.

    d. Transfers from the debtor to the defendant and were outside normal business transactions for this industry.

    e. Allowed the defendant to receive more value than if said transfer had not taken place and the defendant received payment pursuant to this chapter 7 case.

11. The transfers were in violation of 11 U.S.C. §547.

    **WHEREFORE,** Premises Considered, Plaintiff demands judgment in his favor and against Defendant, Sports South, LLC, in the amount of $50,825.35, together with interest, costs, and any additional amounts as may be determined through discovery and proof, and the Plaintiff have such further and additional relief as this Court may deem

appropriate.

Respectfully submitted,

/s/William Dennis Schilling
William Dennis Schilling
Attorney for Trustee

OF COUNSEL:

William Dennis Schilling
Attorney at Law
P. O. Box 55147
Birmingham, AL 35255-5147
(205) 328-0464
schillinglawoffice@gmail.com

Serve Defendant at:

Sports South, LLC
Attn: Markham A. Dickson, III, its registered agent
101 Robert G. Harris Dr.
Shreveport, LA 71115